```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
INTELLIGENT CHANGE, LLC,                 :
                                         :
                Plaintiff,               :      24cv8501 (DLC)
                                         :
           -v-                           :           ORDER
                                         :
ABNMCA, et al.,                          :
                                         :
                Defendants.              :
                                         :
------------------------------------------X
```

DENISE COTE, District Judge:

On November 8, 2024, plaintiff filed this lawsuit under seal and applied for an ex parte Temporary Restraining Order ("TRO"). A TRO was entered on November 15. A hearing on the TRO is scheduled to occur on December 18 at 2:30 p.m. in Courtroom 18B.

On December 3, defendant Koogel Store ("Defendant") received, by email service, a copy of the Summons, Complaint, and the TRO. On December 7, an attorney for the Defendant emailed to Chambers an emergency motion seeking to clarify or modify the TRO. The Defendant is an entity and must proceed through counsel with a filing on the Southern District of New York's docket. Although counsel indicates that he is seeking pro hac vice admission in this district for this action, the Clerk's Office has no record of that application. Accordingly, on the assumption that an attorney admitted to practice in this

district, including through pro hac vice admission, appears for the Defendant and files the emergency motion by Tuesday, December 10, it is hereby

ORDERED that plaintiff shall file any opposition to the Defendant's emergency motion by December 11, 2024 at noon.

IT IS FURTHER ORDERED that the parties shall appear for an in-person conference on December 12, 2024 at 4:00PM in Courtroom 18B at the United States Courthouse, 500 Pearl Street, New York, New York, 10007, to be heard on the Defendant's motion.

SO ORDERED:

Dated:   New York, New York
         December 9, 2024

_____
         DENISE COTE
         United States District Judge