```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
  INTELLIGENT CHANGE, LLC,              :
                                        :
                    Plaintiff,          :    24cv8501 (DLC)
                                        :
            -v-                         :    ORDER
                                        :
  ABNMCA, et al.,                       :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On November 8, 2024, plaintiff filed this lawsuit under seal and applied for an ex parte Temporary Restraining Order ("TRO"). A TRO was entered on November 15. On December 3, defendant Koogel Store ("Defendant") received, by email service, a copy of the Summons, Complaint, and the TRO. On December 7, an attorney the Defendant emailed to Chambers an emergency motion seeking to clarify or modify the TRO.

On December 9, the lawsuit was unsealed and the Court set a briefing and hearing schedule on the assumption that by December 10 an attorney admitted to practice in this district would file the Defendant's emergency motion. On December 10, the Court received a letter from the Defendant explaining that the parties had reached an agreement regarding the issues raised in the Defendant's emergency motion. It is hereby

ORDERED that the Defendant's December 7 emergency motion, which will be filed on the docket by the Court, is vacated as moot.

IT IS FURTHER ORDERED that the conference scheduled for December 12, 2024 is cancelled.

SO ORDERED:

Dated:   New York, New York
         December 11, 2024

                                    _____
                                             DENISE COTE
                                    United States District Judge