

# Balance Law Firm

Telephone: +1(212) 741-8080
Facsimile: +1(631) 490-4465
https://balancelawfirm.com

One World Trade Ctr Ste 8500
New York, NY 10007-0089
DC, CT, NJ, MD, WA, AK

December 11, 2024

<u>VIA ECF</u>
The Honorable Denise L. Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Intelligent Change, LLC v. Koogel Store* et al., No. 1:24-cv-08501-DLC

Dear Judge Cote:

The undersigned represents Defendant No. 31 Koogel Store in the above lawsuit, who is also represented by co-counsel Mr. Hua Chen from the ScienBiziP, PC law firm. The Epstein Drangel LLP law firm represents the plaintiff.

Counsel for Plaintiff and Defendant <u>jointly request</u> that the Court seal certain exhibits on the docket that are currently available to the public.

The following is a procedural background and basis for the joint request.

- On December 7, 2024, Mr. Chen emailed to the chambers an emergency motion while the case was under seal. (the "December 7, 2024 Emergency Motion")

- On December 9, 2024, the Court unsealed the case and ordered Defendant to renew filing of its emergency motion.

- On December 10, 2024, the undersigned filed a letter to the Court noting that the parties had reached an agreement regarding the issues raised in the emergency motion, rendering the emergency motion moot. ECF No. 19.

- On December 11, 2024, the Court filed, *sua sponte*, the December 7, 2024 Emergency Motion on the docket while concurrently vacated the motion as moot. ECF No. 21.

- Exhibit 3 to the now vacated December 7, 2024 Emergency Motion is a true and correct copy of counsel's email exchanges containing sensitive and confidential settlement negotiation information. ECF No. 20 (Aggarwal Decl. at ¶6).

- Exhibit 6 to the emergency motion is a true and correct copy of an excel sheet regarding Defendant's Amazon listings containing confidential business data not available to the general public. ECF No. 20 (Zhang Decl. at ¶6).

- Had Defendant Koogle Store refiled the emergency motion, Defendant would have sought the Court's permission to file both exhibits under seal. Both exhibits would have been filed under seal and not available to the public but for the unique procedures described above.

For the foregoing reasons, good cause exists to seal the two exhibits. Counsel for Plaintiff and the undersigned counsel jointly and respectfully request that the Court refile Exhibits 3 and 6 of Defendant Koogel Store's Emergency Motion (ECF. No. 20) under seal.

Respectfully submitted,

BALANCE LAW FIRM

/s/ B. Robert Liu
By: Beixiao Robert Liu, Esq.
1 World Trade Ctr Ste 8500
New York, NY 10007
(212) 741-8080
robert.liu@balancelawfirm.com

*Counsel for Defendant Koogel Store*

Granted.
/s/ Junice Cote
12/12/24

2