UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTELLIGENT CHANGE, LLC,<br><br>*Plaintiff*<br><br>v.<br><br>ABNMCA, BDDAY, BEAUTIFUL CLOTHING, BGAGEG, BMANGE, BNGAJN, BOONBLE, CAKVIICA INC, CHEERICOME, CHIYUAN CO.LTD, DEMING CO.LTD, DMDUOU, FANLOU CO.LTD, FANX, FASIAOU, GBAYXJ HOME, GUANGZHOUKANGZHANGJINMAOYIYOUXIA NGONGSI, HAIXI STORE CO., LTD., HAOWEN CO.LTD, HEVEBOIK, HGEWEG, HOME INSPIRATIONS, HOMEDM, HUSNZNFCBN, IHEAUNA, IKDXUF, JIACHANGWANG CO., LTD, JIANPO CO.LTD, JINGZI CO., LTD, KAGAYD CO.LTD, KOOGEL STORE, LEODYE, LOHUMAI, LUCLWECE, LUNALUNA, NALLWABIU, NEST & NOOK, NIHOND, OUHGE, QINGHUAI, QIQIMAOYI, TANTOU HOME SUPPLY, TFHENGQQ, TIUNEO & HOME, UNLLLL, UOHEYT, VIWOEIM, VOYOAO, WIUEURTLY, WUXINGA, XINDISNUSFO, YMJQL, YUNLONGP and ZHENQIRUN TOY,<br><br>*Defendants* | **CIVIL CASE NO.**<br>**24-cv-8501 (DLC)**<br><br>~~[PROPOSED]~~<br>**ORDER** |

On January 13, 2025, Plaintiff, with the consent of counsel for Defendants CHIYUAN Co. Ltd, DEMING Co. Ltd, FANLOU Co. Ltd, HAOWEN Co. Ltd and JIANPO Co. Ltd. requested to adjourn the Initial Pretrial Conference scheduled for January 17, 2025 at 2:00 p.m. and Plaintiff also requested an extension of time to file its motion for default judgment against Defendants Cheericome, Koogel Store, Bdday, Beautiful clothing, bmange, GBAYXJ HOME, Haixi Store Co., Ltd., KAGAYD Co. Ltd, qiqimaoyi, Viwoeim, XINDISNusfo, and YMJQL ("Unknown Address Defendants").

It is hereby ORDERED, ADJUDGED AND DECREED as follows:

A. The Initial Pretrial Conference is adjourned from January 17, 2025 at 2:00 p.m. to MARCH 14, 2025 at 2:00 p.m in Courtroom 18B at the United States Courthouse, 500 Pearl Street, New York, New York 10007;

B. Plaintiff's deadline to file its motion for default judgment against the remaining Unknown Address Defendants is **March 14, 2025**; and

C. The default judgment hearing is adjourned from February 7, 2025 at 2:30 p.m. to **April 4, 2025 at** 2:30 P.M. in Courtroom 18B at the United States Courthouse, 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

SIGNED this 17th day of January, 2025, at _____ .m.

_____
HON. DENISE L. COTE
UNITED STATES DISTRICT JUDGE

1