UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
INTELLIGENT CHANGE, LLC,                 :
                                         :
                    Plaintiff,           :    24cv8501 (DLC)
                                         :
               -v-                       :    ORDER
                                         :
ABNMCA, et al.,                          :
                                         :
                    Defendants.          :
                                         :
-----------------------------------------X

DENISE COTE, District Judge:

On February 6, 2025, defendants CHIYUAN Co. Ltd., DEMING Co. Ltd., FANLOU Co. Ltd., HAOWEN Co. Ltd., and JIANPO Co. Ltd. filed a motion to dismiss the complaint pursuant to Rule 12(b)(2), Fed. R. Civ. P.  Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby

ORDERED that plaintiff shall file any amended complaint by **February 28, 2025.**  It is unlikely that plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiff shall file any opposition to the motion to dismiss by **February 28, 2025.**  Defendants' reply, if any, shall be filed by **March 7, 2025.**  At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies

2

of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for **March 14, 2025** will go forward as scheduled.

Dated:  New York, New York
        February 7, 2025

```
                          _____
                                 DENISE COTE
                          United States District Judge
```