UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
INTELLIGENT CHANGE, LLC,             :
                                     :
                    Plaintiff,       :        24cv8501 (DLC)
                                     :
            -v-                      :            ORDER
                                     :
ABNMCA, et al.,                      :
                                     :
                    Defendants.      :
                                     :
------------------------------------ X

DENISE COTE, District Judge:

It having been reported to this Court that the plaintiff
has reached a settlement with defendants CHIYUAN Co. Ltd, DEMING
Co. Ltd, FANLOU Co. Ltd, and HAOWEN Co. Ltd. (the "Appearing
Defendants") it is hereby

ORDERED that the plaintiff's claims as to the Appearing
Defendants are dismissed without prejudice to restoring those
claims to this action if an application to restore is made by
**March 28, 2025.** If no such application is made by that date,
today's dismissal of the plaintiff's claims as to the Appearing
Defendants is with prejudice. See Muze, Inc. v. Digital On
Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for March 14, 2025 is adjourned sine die.

Dated:      New York, New York
            February 27, 2025

                              _____
                              DENISE COTE
                         United States District Judge