```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
INTELLIGENT CHANGE, LLC,                  :
                                          :
                    Plaintiff,            :    24cv8501 (DLC)
                                          :
               -v-                        :        ORDER
                                          :
ABNMCA, et al.,                           :
                                          :
                    Defendants.           :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On February 26, 2025, the plaintiff filed a letter explaining that defendant JIANPO Co Ltd. intends to withdraw its February 6, 2025 motion to dismiss and will not be filing an answer.  It is hereby

ORDERED that any Motion for Default Judgment with respect to defendant JIANPO Co. Ltd shall be filed by the plaintiff no later than **March 14, 2025**.  Counsel shall follow this Court's procedures governing default judgments.

IT IS FURTHER ORDERED that any default judgment hearing, if necessary, will be held on **April 4, 2025 at 2:30 p.m.** in Courtroom 18B.

Dated:    New York, New York
          February 27, 2025

                                       _____
                                            DENISE COTE
                                       United States District Judge