```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
INTELLIGENT CHANGE, LLC,                 :
                                         :
                    Plaintiff,           :          24cv8501 (DLC)
                                         :
             -v-                         :          ORDER
                                         :
ABNMCA, et al.,                          :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On March 21, 2025, plaintiff submitted a letter requesting that a default judgment hearing purportedly scheduled for April 4, 2025 be adjourned sine die. An Order of December 18, 2024 directed plaintiff to file a Motion for Default Judgment, if any of the Unknown Address Defendants was in default, by January 17, 2025. The December 18, 2024 Order further ordered that any default judgement hearing, if necessary, would be held on February 7, 2025, and directed plaintiff's counsel to submit a status letter on June 27, 2025 updating the Court on plaintiff's progress in serving the remaining defendants in accordance with the Hague Convention.

An Order of January 14, 2025 extended the deadline to file any Motion for Default Judgment against the remaining Unknown Address Defendants to March 14, 2025, and ordered that any necessary default judgment hearing would be held on April 4,

2025. An Order of February 27, 2025 set the same March 14, 2025 deadline for any Motion for Default Judgment made as to defendant JIANPO Co Ltd., and again directed that any default judgment hearing, if necessary, would be held on April 4, 2025. It having been reported to this Court that the only defendants remaining in this action are those that must be served through the Hague Convention, and that there are no defendants remaining in the action who have been served, it is hereby

ORDERED that, pursuant to the December 18, 2024 Order, plaintiff shall submit a status letter on June 27, 2025 on its progress serving the remaining defendants in accordance with the Hague Convention.

Dated:  New York, New York
        March 21, 2025

                                         _____
                                                  DENISE COTE
                                         United States District Judge