```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
INTELLIGENT CHANGE, LLC,              :
                                      :
                    Plaintiff,        :      24cv8501 (DLC)
                                      :
              -v-                     :      ORDER
                                      :
ABNMCA, et al.,                       :
                                      :
                    Defendants.       :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

On September 25, 2025, plaintiff submitted a letter stating that it had received Hague service results for all remaining defendants in the above-captioned action and informed the Court that Hague service was unsuccessful on seven defendants: FANX; IKDXUF; JiaChangwang Co., LTD; NIHOND; Tantou Home Supply; TFHENGQQ; and wuxinga (the "Unsuccessful Hague Defendants"). Plaintiff then renewed its request for the authorization of alternate means of service when serving the Unsuccessful Hague Defendants with motions for default judgment. Accordingly, it is hereby

ORDERED that service shall be deemed effective on the Unsuccessful Hague Defendants via the delivery of PDF copies of the Summons and Complaint to the Unsuccessful Hague Defendants' e-mail addresses as provided by Amazon and Walmart Marketplace.

IT IS FURTHERED ORDERED that plaintiff shall serve any motion for default judgment and file proof of service by November 14, 2025.

Dated:   New York, New York
         October 1, 2025

                                              DENISE COTE
                              United States District Judge