```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
  INTELLIGENT CHANGE, LLC,                :
                                          :
                          Plaintiff,      :    24cv8501 (DLC)
                                          :
                  -v-                     :         ORDER
                                          :
  ABNMCA, et al.,                         :
                                          :
                          Defendants.     :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

The plaintiff having requested a default judgment on November 14, 2025, it is hereby

ORDERED that the plaintiff shall serve this Order on or before **December 1, 2025** by the alternate means of service authorized in the Order of October 1, 2025, and shall file proof of such service on ECF.

IT IS FURTHER ORDERED that a default judgment hearing will be held on **December 4, 2025** at **3:30 p.m.** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, New York 10007.  Failure of the defendant to appear will result in entry of a default or a default judgment.

Dated:   New York, New York
         November 17, 2025

                                    _____
                                              DENISE COTE
                                      United States District Judge